UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEARCH AND SOCIAL MEDIA PARTNERS, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EXPENSIFY, INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-05790-VC (KAW)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Based on the foregoing Joint Stipulation of Dismissal, the Court hereby GRANTS the stipulation and ORDERS that all claims in this action asserted by Plaintiff SEARCH AND SOCIAL MEDIA PARTNERS, LLC ("Plaintiff") against Defendant EXPENSIFY, INC. ("Defendant") are DISMISSED WITH PREJUDICE and all claims asserted by Defendant against Plaintiff are DISMISSED WITHOUT PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

　　　　IT IS SO ORDERED.

Date: March 26, 2019　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Vince Chhabria
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge